**LAW OFFICES OF MARK BORDEN**
A Professional Corporation
145 S. Washington Street, Suite C
Sonora, California 95370
Telephone: (209) 536-9535
Telephone: (562) 438-0553
Facsimile: (209) 536-9526
State Bar No: 79444

Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BRUCE DAVIS,<br><br>　　　　Defendant. | Case No. 6:09-MJ-258-GSA<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF CONTINUED ARRAIGNMENT |

　　　IT IS HEREBY STIPULATED by and between the parties hereto, that the continued arraignment currently scheduled herein for March 2, 1010 at 10:00 am in the above entitled court, may be vacated and the arraignment reset for April 6, 2010 at 10:00 am in the above entitled court.

Dated: February 25, 2010

　　　　　　　　　　　　　　　　　　　　　／s／ Mark Borden
　　　　　　　　　　　　　　　　　　　　　MARK BORDEN
　　　　　　　　　　　　　　　　　　　　　Attorney for the Defendant

Dated: February 25, 2010

　　　　　　　　　　　　　　　　　　　　　／s／ Susan St. Vincent
　　　　　　　　　　　　　　　　　　　　　SUSAN ST VINCENT
　　　　　　　　　　　　　　　　　　　　　Acting Legal Officer

## **ORDER**

Upon stipulation of the parties hereto, and good cause appearing therefor,

IT IS HEREBY ORDERED that the continued arraignment date of March 2, 2010 at 10:00 am is vacated and the matter reset for continued arraignment on April 6, 2010 at 10:00 am. Defendant is Ordered to Appear.

IT IS SO ORDERED.


Dated:   March 1, 2010                     /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE