# UNITED STATES DISTRICT COURT

Eastern District of California

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | |
| Bruce Davis | ) | Case Number: 6:09-mj-0258-GSA |
| | ) | USM Number: |
| | ) | Mark Borden |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count(s)    Count 3

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 C.F.R. 2.30 (a)(1) | Misappropriation of Property | 4/23/2009 | Three |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☑ Count(s)   One, Two and Four   ☐ is  ☑ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

4/6/2010
Date of Imposition of Judgment

/s/ Gary S/ Austin
Signature of Judge

Gary Austin                    U.S. Magistrate Judge
Name of Judge                  Title of Judge

4/8/2010
Date

DEFENDANT: Bruce Davis
CASE NUMBER: 6:09-mj-0258-GSA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

60 days

☑ The court makes the following recommendations to the Bureau of Prisons:

That defendant be permitted to serve time at a facility near his home in San Joaquin County.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　☐ at _____ ☐ a.m. ☐ p.m. on _____ .

　☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　☑ before 2 p.m. on   7/8/2010   .

　☐ as notified by the United States Marshal.

　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
　　DEPUTY UNITED STATES MARSHAL

DEFENDANT: Bruce Davis
CASE NUMBER: 6:09-mj-0258-GSA

Judgment—Page 3 of 3

## ADDITIONAL PROBATION TERMS

The defendant is placed on 6 months unsupervised probation with the following special conditions:

Obey all laws.

Defendant shall pay restitution in the amount of $14975.00 to Delaware North Corporation through the Clerk of Court at 501 I St. #4200, Sacramento, CA 95814 by July 1, 2010. Restitution shall be paid in full by July1, 2010.

Defendant shall report to the Law Enforcement Office for post conviction booking and processing.